**Dismiss and Opinion Filed September 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00521-CR
No. 05-13-00522-CR
No. 05-13-00523-CR

**DAVID WAYNE CHUMBLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-51536-I, F11-51537-I, F11-00261-I**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice FitzGerald

David Wayne Chumbley pleaded guilty to possession with intent to deliver cocaine in an amount of four grams or more but less than 200 grams, possession of 3,4-methylendedioxy methamphetamine in an amount of one gram or more but less than four grams, and possession with intent to deliver phencyclidine in an amount of four grams or more but less than 200 grams. Pursuant to plea agreements, the trial court assessed punishment at eight years' imprisonment in each case. The trial court certified that the cases involve plea bargains and appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d), *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals for want of jurisdiction.

/Kerry P. FitzGerald/

KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130521F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAVID WAYNE CHUMBLEY, Appellant

No. 05-13-00521-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F11-51536-I.
Opinion delivered by Justice FitzGerald,
Justices Francis and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered September 11, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

–3–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID WAYNE CHUMBLEY, Appellant

No. 05-13-00522-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F11-51537-I.
Opinion delivered by Justice FitzGerald,
Justices Francis and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered September 11, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID WAYNE CHUMBLEY, Appellant

No. 05-13-00523-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F11-00261-I.
Opinion delivered by Justice FitzGerald,
Justices Francis and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered September 11, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE